# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| David A. V. H., <br>     Plaintiff, <br><br> v. <br><br> Kilolo Kijakazi, <br> Commissioner of Social Security, <br>     Defendant. | ) <br> ) <br> ) Case No. 2:22-cv-3783 <br> ) <br> ) <br> ) <br> ) Magistrate Judge Litkovitz <br> ) <br> ) <br> ) |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to offer the claimant the opportunity for a hearing; if warranted, obtain medical expert evidence; further evaluate the residual functional capacity; obtain supplemental evidence from a vocational expert; and issue a new decision.

Date: 1/29/2023                          Entered: *Karen L. Litkovitz*